**SO ORDERED.**

**SIGNED this 26th day of September, 2013.**



_____
Dale L. Somers
United States Bankruptcy Judge
_____

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

In re:

**James Alfred Herzet and Janet Rae Herzet**,
                                                                Debtors.

Case No. 11-20347

Chapter 11

### FINAL DECREE

THIS MATTER comes on for consideration of the Debtors' *Application for Final Decree* [Doc. 106], (herein referred to as the "***Debtors' Application***"), filed herein on August 29, 2013.

No objections have been timely filed with regard to the *Debtors' Application* and therefore no hearing is being held on the *Debtors' Application*.

The Debtors appear by and through her attorney, David R. Klaassen. There are no other appearances and no other appearances are necessary.

THEREUPON, after reviewing the files and records herein and otherwise being duly advised in the premises hereof, the Court finds as follows:

1. The notice given to all creditors and interested parties herein of the filing of the *Debtors' Application* and setting the deadline for any creditors or interested parties to file their

objections thereto as being September 10, 2013, was proper, in accordance with the prior orders of the Court entered herein, and should be and is hereby approved.

2. No objections to the *Debtors' Application* have been filed herein as of such deadline or at any time thereafter.

3. All of the allegations set forth in the *Debtors' Application* are true.

4. The *Debtors' Combined Disclosure Statement and Plan of Reorganization Dated August 15, 2011, Pursuant to Section 1125(f)(1) of the Bankruptcy Code* [Doc. 58], (herein referred to as the "**Debtors' Plan**"), was filed herein on August 16, 2011.

5. The *Order Approving Combined Disclosure Statement and Plan, Amending and Confirming Plan, and Resolving All Other Pending Issues* [Doc. 83], (herein referred to as the "**Confirmation Order**"), was entered herein on December 3, 2011.  (For convenience, the *Debtors' Plan*, as amended and confirmed by the *Confirmation Order,* is hereinafter referred to as the "**Debtors' Confirmed Plan**.")

6. The *Debtors' Confirmed Plan* has been substantially consummated as defined in 11 U.S.C. §1101(2) and the estate has been fully administered.

7. The *Debtors' Confirmed Plan* does not require the transfer of property.

8. The Debtors have assumed the business and the management of the property dealt with by the *Debtors' Confirmed Plan*.

9. Payments under the *Debtors' Confirmed Plan* have commenced in accordance therewith.

10. All motions and adversary proceedings in the case have been finally resolved.

11. All fees due under 28 U.S.C. § 1930 have been paid or will be paid in the ordinary course when due.

12. On November 23, 2011, the Debtors' counsel filed herein his *First Motion for Approval of Fees and Expenses of David R. Klaassen* [Doc. 78], (herein referred to as the "***Motion for Fees and Expenses***").

13. On May 1, 2012, the Court entered herein its *Order Granting First Motion for Approval of Fees and Expenses of David R. Klaassen and Authorizing Payment* [Doc. 85], (herein referred to as the "***Order Granting Fees and Expenses***"), granting the *Motion for Fees and Expenses*.

14. In accordance with the *Confirmation Order*:

"Nothing in this order shall operate as a discharge of the Debtors, or either of them, from any claims, obligations, or liabilities to be paid or performed by the Debtors under the *Combined Disclosure Statement and Plan*, including but not limited to any and all claims of the Debtors' attorney to fees and expenses incurred while representing the Debtors in this case."

THEREFORE, IT IS HEREBY CONSIDERED, ORDERED, ADJUDGED AND DECREED BY THE COURT as follows:

(A) The findings of this Court hereinbefore set forth are incorporated herein as a part of this order of the Court.

(B) The *Debtors' Confirmed Plan* has been substantially consummated as contemplated by 11 U.S.C. § 1101(2) and the estate has been fully administered.

(C) The above-captioned bankruptcy proceedings be and the same are hereby closed pursuant to 11 U.S.C. § 350(a) and FED. R. BANKR. R. 3022.

IT IS SO ORDERED.

# # #

SUBMITTED AND APPROVED BY:

**s/ David R. Klaassen**
David R. Klaassen
Kansas Supreme Court #11738
Attorney at Law
2649 6th Avenue
Marquette, Kansas 67464
Ph:   (785) 546-2358
Fx:   (785) 546-2528
drklaassen@ks-usa.net
Attorney for the Debtors